# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JANET L. BASTA-ADAMS and MARK ADAMS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Cause No. 2:22-CV-22-PPS ) |
| MARY L. RING and THOMAS W. RING, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiffs, Janet L. Basta-Adams and Mark Adams, and Defendants, Mary L. Ring and Thomas W. Ring, filed a Joint Stipulation of Dismissal with Prejudice. [DE 14.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal with Prejudice [DE 14] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action **WITH PREJUDICE**. The parties will bear their own costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: September 18, 2023.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT